James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
bkecf@bsmplc.com
Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| Andrea N Pogue, | **Case No. 2:25-bk-08040-BKM** |
| Debtor. | |
| Santander Bank, N.A., as servicer for Santander Consumer USA Inc., | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| vs. | **Re: 2021 FORD F-150** |
| Andrea N Pogue, Debtor, and Eric M. Haley, Trustee, | |
| Respondents. | |

NOTICE IS GIVEN that movant, Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), a creditor herein, has filed a Motion for Relief from the Automatic Stay (the "Motion"). The Motion provides, in essence, that Santander seeks to have the automatic stay of 11 U.S.C. Section 362(a) terminated and annulled to permit it to exercise its rights of lien enforcement on the following described personal property:

    2021 FORD F-150

    VIN: 1FTFW1E88MKE98746 (the "Collateral").

Santander is owed a balance of $40,343.32. Santander alleges in its Motion that the value of the Collateral is not sufficient to satisfy the encumbrances on the Collateral and there is no equity in the Collateral for the Debtor or the Debtor's estate.

Any person opposing the Motion shall file a written objection with the Clerk of the United States Bankruptcy Court, on or before 14 days from the date this notice is mailed. A copy of the objection must be mailed to the attorney for the movant, to the attorney for the Debtor, and to the trustee at the following addresses:

| | |
|---|---|
| Attorney for Santander: | James B. Ball<br>Ball, Santin & McLeran, PLC<br>2999 N. 44th Street<br>Suite 500<br>Phoenix, Arizona  85018 |
| Attorney for Debtor: | David Cutler<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main St<br>Skokie, IL 60076 |
| Trustee: | Eric M. Haley<br>PO Box 13390<br>Scottsdale, AZ 85267 |

If a party in interest timely objects to the Motion in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the court may summarily enter an order approving the Motion.

/ / /

/ / /

DATED this 8th day of October 2025.

By /s/ James B Ball #007339
James B. Ball
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.

COPIES of the foregoing mailed
The 8th day of October 2025 to:

Andrea N Pogue
51 E Monroe St
PO Box 411
Buckeye, AZ 85326
Debtor

David Cutler
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main St
Skokie, IL 60076
Attorney for Debtor

Eric M. Haley
PO Box 13390
Scottsdale, AZ 85267
Trustee

/s/ Erin O'Brien

- 3 -